



PLTF. EX. 1