

PLTF. EX. 2





