DLC     Document 5-1     Filed 08



PLTF. EX. 1



PLTF. EX. 1