

2023-05-08 22:25:10 -0400
AXON BODY 3  X60A1298X

PLTF. EX. 2



2023-05-08 22:25:12 -0400
AXON BODY 3 X60AD997D

PLTF. EX. 2



2023-05-08 22:25:14 -0400
AXON BODY 2 X8QAB007D

PLTF. EX. 2



2023-05-08 22:25:14 -0400
AXON BODY 3  X60AD997D

PLTF. EX. 2