
**NYPD NEWS** @NYPDnews

This is a Molotov Cocktail that was found at tonight's protest. We are committed to ensuring everyone's right to protest. Violence has no place in civic demonstration. These actions will never be tolerated & anyone bringing weapons or dangerous substances will be arrested.




PLTF EX 3

**NYPD NEWS** ✓ @NYPDnews · May 8, 2023
Watch as NYPD executives make a law enforcement announcement.
x.com/i/broadcasts/1…