# 5 Pct/TD 4 - Homicide (RMA #1161-23) *Update - Arrest*  DCPI



 **DCPI**  3:53 PM
to DCPI

**\*\*Updated on 5-12-23 PO ML\*\***

**Pursuant to an ongoing investigation, the following individual was arrested and charged on Friday, May 12, 2023, at approximately 0805 hours in the confines of the 5 Precinct:**

**Penny, Daniel**
**24-year-old male**

**Charges:**
**Manslaughter**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Monday, May 1, 2023 at approximately 1427 hours, police responded to multiple 911 calls of an incident at the Broadway-Lafayette Street subway station, located within the confines of the 5th Precinct and Transit District 4. Upon arrival, officers discovered a 30-year-old male unconscious on the floor of a northbound 'F' train with a number of individuals standing at the scene. Officers began administering CPR and EMS responded and transported the aided male to Lenox Health Greenwich Village, where he was pronounced deceased. On Wednesday, May 3, 2023 the Office of the Chief Medical Examiner deemed this incident a homicide.



PLTF. Ex. 4