**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KIMBERLY BERNARD,

                Plaintiff,

   -against-                                24 **CIVIL** 6049 (DLC)

**JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2025, the defendants' April 25 motion for summary judgment is granted. Bernard's July 21 motion to strike or file a sur-reply brief is denied as moot. Judgment is entered for the defendants; accordingly, the case is closed.

**Dated:** New York, New York

      August 29, 2025

                                                 **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                    **BY:**        *K. Mango*

                                                   **Deputy Clerk**